HENRY SILLEKENS, Respondent, v. JOHN W. NEARY, JR., as Receiver, and FREDERICK L. FLYNN, INC., Appellants, Impleaded with Another.—Action for personal injuries. Judgment entered upon verdict in favor of the plaintiff after trial at Trial Term, unanimously reversed as to defendants-appellants, and the

action severed, and a new trial ordered with respect to said defendants, with costs to the appellants to abide the event, upon the ground that the verdict was against the weight of the credible evidence. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.